IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00822–EWN–OES

AMERICAN AUTOMOBILE ASSOCIATION,

    Plaintiff,

v.

AKA4, INC.,
d/b/a AAA VACATION RENTALS PROPERTY MANAGEMENT, INC.,

    Defendant.

## ORDER OF JUDGMENT

THIS MATTER comes before the Court upon Plaintiff American Automobile Association's ("AAA") Unopposed Motion for Entry of Order of Judgment. The Court, having reviewed the Motion, and being fully advised, hereby GRANTS Plaintiff's Motion. Accordingly, upon the consent of the parties,

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That AKA4, Inc. d/b/a AAA Vacation Rentals Property Management, Inc., its agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined after July 15, 2005, from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them;

2. That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against AKA4, Inc., other than the permanent injunction granted herein, is hereby dismissed without prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violations by AKA4, Inc. of the Lanham Act, Colorado state law, or this Order that occur after July 15, 2005;

3. That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

ENTERED this  27  day of June, 2005.

                                            BY THE COURT:

                                             s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge